IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHORELINE ASSETS GROUP, LLC,

    Plaintiff,

  v.

SOON JA SHIN and DONG EUN SHIN,

    Defendants.

No. C 13-1681 MMC

**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND; DENYING PLAINTIFF'S REQUEST TO BAR FUTURE REMOVALS**

Before the Court is plaintiff Shoreline Assets Group, LLC's ("Shoreline") "Motion to Remand Case, and Request to Bar Future Removals," filed April 17, 2013,[1] by which Shoreline argues the Court lacks subject matter jurisdiction over the above-titled action. Defendants have not filed opposition.[2] Having read and considered the papers submitted in support of the motion, the Court deems the motion appropriate for decision on the moving papers, VACATES the hearing scheduled for July 12, 2013, and rules as follows.

In its complaint, Shoreline alleges a single cause of action, specifically, a state law claim for unlawful detainer. In their notice of removal, defendants, citing 28 U.S.C.

---

[1] On June 3, 2013, the instant action was reassigned to the undersigned, after which Shoreline renoticed the motion for hearing.

[2] Because the motion was served on defendants by mail on April 17, 2013, any opposition was due no later than May 6, 2013. See Civil L.R. 7-3(a) (providing opposition to motion must be "served and filed not more than 14 days after the motion is served and filed"); Civil L.R. 5-5(a)(2) (providing that where motion is served by mail, "3 days are added to the time in which any party must respond").